UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  23-cv-223-JO-DDL<br>Member Case No.: 21-cv-221-JO-DDL<br><br>**FILED ON PUBLIC DOCKET**<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR DEFENDANT NICHOLAS MECHLING'S REMOTE APPEARANCE AT MOTION HEARING ON FEBRUARY 8, 2024** |

A Motion Hearing has been scheduled in this matter for **February 8, 2024** at **11:00 a.m.** Pursuant to this Court's Order at Dkt. No. 145, all counsel and parties have been ordered to appear in person, with the exception that Defendant Nicholas Mechling has been authorized to appear by videoconference. Defendant Nicholas Mechling must use the videoconference link below to appear at the Motion Hearing and must log in at least five minutes prior to the scheduled start time.

/ / /

Topic: CASD 3
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://casd-uscourts-gov.zoomgov.com/j/1616446778?pwd=RUhTcmwzc3dPZDdDWGxXakQwalVJZz09

Meeting ID: 161 644 6778
Passcode: 2022

One tap mobile
+16692545252,,1616446778# US (San Jose)
+14154494000,,1616446778# US (US Spanish Line)

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)
• +1 669 216 1590 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)

Meeting ID: 161 644 6778

Find your local number: https://casd-uscourts-gov.zoomgov.com/u/adFW5DLklR

Join by SIP
• 1616446778@sip.zoomgov.com

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 161 644 6778
Passcode: 2022

The Motion Hearing is not a confidential proceeding and the Clerk of Court is respectfully requested to file this notice on the public docket. Any questions regarding the Motion Hearing may be directed to the Court's staff at (619) 837-6526.