1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   TWINS SPECIAL CO., LTD., a private          Case No.:  23-cv-223-JO-DDL
     limited company organized under the         Member Case No.: 21-cv-221-JO-DDL
12   laws of Thailand,
13                              Plaintiff,        **ORDER GRANTING IN PART AND**
     v.                                           **DENYING IN PART PLAINTIFF'S**
14                                                **MOTION TO COMPEL**
     TWINS SPECIAL, LLC, NICHOLAS
15   MECHLING, an individual,
     CHRISTOPHER MECHLING, an                     **[Dkt. No. 147]**
16   individual, TWINS SPECIAL, an
     unincorporated general partnership, and
17   DOES 1-10, inclusive,
18                              Defendants.
19

20          Before the Court is Plaintiff's Motion to Compel Defendants' Further Responses to

21   Requests for Production of Documents and Further Deposition Testimony from Defendants

22   ("Motion to Compel").  Dkt. No. 147.  Plaintiff seeks to compel further production of

23   certain emails, financial records, and communications with sublicensees which it contends

24   are responsive to its Requests for Production. *Id.* at 11-17.  Additionally, Plaintiff seeks to

25   compel further deposition testimony under Federal Rule of Civil Procedure 30(b)(6) on the

26   grounds that Defendant Twins Special LLC's Rule 30(b)(6) designees were not adequately

27   prepared to give testimony that would bind the entity and that Defendants' counsel

28   improperly instructed Defendant Twins Special LLC's designees not to answer certain

questions.  *Id.* at 17-19.  Defendants oppose the Motion to Compel on all grounds.  Dkt. No. 148.

On February 8, 2024, the Court held a hearing on the Motion to Compel and addressed each of the disputes Plaintiff raised.  For the reasons stated on the record, the Court **ORDERS** as follows:

1. The Motion to Compel further production of documents is **GRANTED** as to all of Plaintiff's Requests for Production at issue to the extent Defendants did not produce all responsive, nonprivileged documents pertaining to Avalanche Company LLC.  By not later than <u>**February 22, 2024**</u>, Defendants must:

   a. Produce all responsive, nonprivileged documents, including but not limited to documents pertaining to Avalanche Company LLC;

   b. Serve one set of amended responses to all of Plaintiff's Requests for Production;

   c. State in their amended responses to Plaintiff's Requests for Production whether all responsive, nonprivileged documents have been produced; and

   d. Include the Bates number for each document produced in any response which indicates that all responsive, nonprivileged documents have been produced.

2. The Motion to Compel further deposition testimony is **DENIED WITHOUT PREJUDICE**.

3. Attorneys Matthew Seror and Kevin Rhine shall appear at all future discovery conferences, court hearings, and settlement conferences in this matter.

**IT IS SO ORDERED.**

Dated:  February 9, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge

23-cv-223-JO-DDL