BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
NEUSHA ETEMAD (SBN 329455)
EMILY S. CHAIDEZ (SBN 297283)
655 W Broadway Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email: sbhandari@buchalter.com
Email: netemad@buchalter.com
Email: echaidez@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>Defendants.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br><br>Counter-Claimants,<br><br>vs.<br><br>TWINS SPECIAL CO., LTD.<br><br>Counter-Defendants.<br><br>AND CONSOLIDATED ACTIONS | Case No. 3:23-cv-00223-JO-DDL<br>[Consolidated with Case No. 3:21-cv-00221-JO-DDL]<br><br>**MOTION REQUESTING RESCHEDULING OF TIME FOR MANDATORY SETTLEMENT CONFERENCE**<br><br>**[Proposed Order will be concurrently lodged with the Court]**<br><br>DATE: February 23, 2024<br>TIME : 2:00 pm<br><br>Presiding Judge: Hon. Jinsook Ohta<br>Magistrate Judge: David D. Leshner |

Plaintiff/Counter-Defendant Twins Special Co., Ltd. ("Twins Thailand") hereby submits this motion to Magistrate Judge Leshner to reschedule the Mandatory Settlement Conference ("MSC") currently set for February 23, 2024 at 2:00 p.m. to the latest time available on the Court's calendar for that day. The parties make this request in light of the significant time zone differences.

There is good cause for this motion. All principals for all parties either reside outside the United States (e.g., Mr. Pouliot, principals of Twins Special Co., Ltd.) or spend much of their time outside the U.S. (e.g., Christopher and Nicholas Mechling), often in time zones very different than San Diego, California. For example, Twins Special Co. Ltd. is based in Bangkok; 10:00 a.m. Monday San Diego time is 1:00 a.m. Tuesday in Bangkok. These time differences allow narrow windows to schedule remote appearances by parties for Court proceedings. The Court has also given leave for the parties to appear remotely.

The MSC is currently set for hearing at 2:00 p.m., San Diego time, which is 5:00 a.m. on February 24, 2024 in Bangkok. Therefore, Twins Thailand respectfully requests the Court reschedule the MSC to the latest time in the afternoon or early evening permitted by the Court.

Counsel for Twins Thailand contacted counsel for the other parties but was unable to obtain agreement to submit this motion jointly. Counsel for Defendants/Counter-Claimants Twins Special LLC, Nicholas Mechling, and Christopher Mechling ("Defendants") objected that he has already made plans to

///
///
///
///
///
///

appear at 2:00 p.m. and that the Court stated the principals of Twins Thailand are free to travel to the United States for the MSC. Counsel for Mr. Pouliot, Plaintiff in the consolidated action, did not respond.

Dated: February 14, 2024

BUCHALTER
A Professional Corporation

By: */s/ Emily S. Chaidez*
SANJAY BHANDARI
MATTHEW L. SEROR
NEUSHA ETEMAD
EMILY S. CHAIDEZ
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.