UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br>　　　　　　　　　　Plaintiff,<br>v.<br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br>　　　　　　　　　　Defendants. | Case No.: 23-cv-223-JO-DDL<br>Consolidated Case No.: 21-cv-221-JO-DDL<br><br>**ORDER AMENDING PRETRIAL SCHEDULE** |

On February 29, 2024, the Court held a Settlement Conference wherein the parties requested to amend the current pretrial schedule. *See* Dkt. No. 120. For the reasons discussed during the Settlement Conference, the pretrial schedule is **AMENDED** as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

| Event | Current Deadline | New Deadline |
|---|---|---|
| Further Status Conference | N/A | March 15, 2024, at 2:00 p.m. |
| Deadline to Exchange Initial Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) | March 4, 2024 | April 5, 2024 |
| Deadline to Exchange Supplemental Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(D) | March 25, 2024 | April 19, 2024 |
| Deadline to Complete Expert Discovery | April 23, 2024 | May 10, 2024 |
| Deadline to File Pretrial Motions | May 28, 2024 | NO CHANGE |
| Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3) | August 29, 2024 | NO CHANGE |
| Meeting of Counsel Pursuant to Civ.L.R. 16.1(f)(4) | September 5, 2024 | NO CHANGE |
| Deadline for Plaintiff's Counsel to Provide Proposed Pretrial Order to Opposing Counsel | September 12, 2024 | NO CHANGE |
| Lodging of Proposed Pretrial Order | September 19, 2024 | NO CHANGE |
| Pretrial Conference | September 25, 2024, at 8:30 a.m. | NO CHANGE |

**IT IS SO ORDERED.**

Dated: March 4, 2024

_David Leshner_

Hon. David D. Leshner
United States Magistrate Judge