Rodney L. Donohoo, Esq. (SBN 145040)
Kevin T. Rhine, Esq. (SBN 270283)
**LAW OFFICES OF RODNEY L. DONOHOO, APC**
16236 San Dieguito Rd., Suite 1-12
Post Office Box 9335
Rancho Santa Fe, CA 92067
T. 858.914.3394 | F. 858.737.2915
Email: rdonohoo@donohoolaw.com
          ktrhine@donohoolaw.com

Attorney for Defendants and Counter-Claimants TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>             Plaintiff,<br><br>     v.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>             Defendants.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br><br>             Counter-Claimants,<br><br>     v.<br><br>TWINS SPECIAL CO., LTD.,<br><br>             Counter-Defendant. | Case No. 23-cv-00223-JO-DDL<br>*Consolidated w/* Case No. 21-cv-00221<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS AND COUNTERCLAIMANTS TWINS SPECIAL, LLC, NICHOLAS MECHLING AND CHRISTOPHER MECHLING**<br><br>Presiding Judge:<br>Hon. Jinsook Ohta<br><br>Magistrate Judge:<br>Hon. David D. Leshner<br><br>Courtroom: 4C<br><br>Date: April 10, 2024<br>Time: 9:00 a.m.<br><br>**[No Oral Argument]** |

**TO NICHOLAS MECHLING, CHRISTOPHER MECHLING, TWINS SPECIAL, LLC, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on **April 10, 2024** at **9:00 a.m.** in Courtroom 4C of the Southern District of California located at 221 West Broadway, San Diego, CA

92101 before the Honorable Jinsook Ohta, presiding, The Law Offices of Rodney L. Donohoo, APC ("Donohoo APC"), counsel for Defendants and Cross-Complainants Twins Special, LLC, Nicholas Mechling, and Christopher Mechling ("Defendants"), will and hereby does move this Court for an order granting its Motion to Withdraw as Attorneys of Record.

Donohoo APC brings this Motion pursuant to California Rule of Professional Conduct 1.16(b) for two reasons:  1) Donohoo APC has been unable to meaningfully communicate with Defendants, rendering it unreasonably difficult for Donohoo APC to continue to represent Defendants effectively; and 2) Defendants Twins Special, LLC, Nicholas Mechling, and Christopher Mechling have been unable to fulfill their obligations under the engagement agreement they entered into with Donohoo APC and have failed to remit payment for legal services rendered.  Furthermore, neither Defendants nor any of the other parties to this Action would be prejudiced by Donohoo APC's withdrawal as it would not necessitate any continuation of the trial or related dates.

This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Kevin Rhine, the proposed Order, all of the pleadings, records and documents on file in this action, and such additional written and oral argument as may be presented prior to or at the hearing on this motion.

Dated: March 18, 2024     **LAW OFFICES OF RODNEY L. DONOHOO, APC**

By:     */s/ Kevin T. Rhine*
Rodney L. Donohoo, Esq.
Kevin T. Rhine, Esq.
Attorney for Defendants and Counter-Claimants
TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING