# CERTIFICATE OF SERVICE

**Case Name: Twins Special Co., Ltd. v. Twins Special, LLC, et al.**
**Case No: 23-CV-00223-JO-DDL;** *Consolidated w/* **Case No. 21-cv-00221**

I certify that on **March 26, 2024**, I electronically served a copy of the following:

1. **REPLY BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS AND COUNTERCLAIMANTS TWINS SPECIAL, LLC, NICHOLAS MECHLING AND CHRISTOPHER MECHLING**
2. **DECLARATION OF KEVIN T. RHINE IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS AND COUNTERCLAIMANTS TWINS SPECIAL, LLC, NICHOLAS MECHLING AND CHRISTOPHER MECHLING; AND,**
3. **CERTIFICATE OF SERVICE.**

Service is hereby made by e-mail only pursuant to applicable rules and/or by agreement of the parties. Accordingly, I caused the document(s) listed above to be sent to the persons at the e-mail addresses listed below.

## SEE ATTACHED SERVICE LIST

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this declaration was executed on **March 26, 2024** at Rancho Santa Fe, California.

Kevin T. Rhine
Declarant                                                Signature

**Case Name: <u>Twins Special Co., Ltd. v. Twins Special, LLC, et al.</u>**
**Case No: 23-CV-00223-JO-DDL**

# SERVICE LIST

| | |
|---|---|
| Matthew L. Serror, Esq.<br>Buchalter, a Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Email: mseror@buchalter.com<br>Attorneys for Plaintiff TWINS SPECIAL CO. LTD | Sanjay Bhandari, Esq.<br>Emily S. Chaidez, Esq.<br>Buchalter, a Professional Corporation<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Email: sbhandari@buchalter.com<br>netemad@buchalter.com<br>mvizcaino@buchalter.com<br>echaidez@buchalter.com<br>Sheila Grela: sgrela@buchalter.com<br>Attorneys for Plaintiff TWINS SPECIAL CO. LTD |
| Michael K. Murray, Esq.<br>**LANAK & HANNA, P.C.**<br>1851 East First Street, Suite 700<br>Santa Ana, CA 92705<br>T. (714) 620-2350 \| F. (714) 703-1610<br>Email: mkmurray@lanak-hanna.com<br>Asha Namiranian: anamiranian@lanak-hanna.com<br>Attorneys for Plaintiff Simon Pouliot as Assignee of Twin Special Co. Ltd. | NICHOLAS MECHLING<br>CHRISTOPHER MECHLING<br>TWINS SPECIAL, LLC<br>c/o Nicholas Mechling, Managing Member of Twins Special, LLC<br>Email: mechling@gmail.com |