AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| TWINS SPECIAL CO., LTD., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-00223-JO-DDL |
| TWINS SPECIAL, LLC, et al., | ) | [Consolidated with Case No. |
| *Defendant* | ) | 3:21-cv-00221-JO-DDL] |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff in consolidated case number 21-cv-00221, SIMON POULIOT, an individual                          .

Date: March 28, 2024

/s/ James H. Millane
*Attorney's signature*

James H Millane 187951
*Printed name and bar number*

1851 EAST FIRST STREET, SUITE 700, SANTA ANA, CA 92705
*Address*

jhmillane@lanak-hanna.com
*E-mail address*

714-620-2350
*Telephone number*

714-703-1610
*FAX number*

{3017 28006}