Rodney L. Donohoo, Esq. (SBN 145040)
Kevin T. Rhine, Esq. (SBN 270283)
**LAW OFFICES OF RODNEY L. DONOHOO, APC**
16236 San Dieguito Rd., Suite 1-12
Post Office Box 9335
Rancho Santa Fe, CA 92067
T. 858.914.3394 | F. 858.737.2915
Email: rdonohoo@donohoolaw.com
       ktrhine@donohoolaw.com

Attorney for Defendants and Counter-Claimants TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>                    Plaintiff,<br><br>      v.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>                    Defendants.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br><br>                    Counter-Claimants,<br><br>      v.<br><br>TWINS SPECIAL CO., LTD.,<br><br>                    Counter-Defendant. | Case No. 23-cv-00223-JO-DDL<br><br>*SUPPLEMENTAL* DECLARATION OF KEVIN T. RHINE ADDRESSING COMPLIANCE WITH CIVIL LOCAL RULE 83.3(f)(3) IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS AND COUNTERCLAIMANTS TWINS SPECIAL, LLC, NICHOLAS MECHLING AND CHRISTOPHER MECHLING<br><br>Presiding Judge:<br>Hon. Jinsook Ohta<br><br>Magistrate Judge:<br>Hon. David D. Leshner |

I, Kevin T. Rhine, declare as follows:

1.     I am an attorney at law duly licensed to practice law by the State Bar of California and am admitted to practice before this Court. I am counsel of record for Defendants and Counter-Claimants Twins Special, LLC, Nicholas Mechling and Christopher Mechling (collectively, "Defendants"). I have personal knowledge of the facts

contained in this declaration, and if called upon to testify, I could and would testify competently thereto.

2. I submit the instant *supplemental* declaration addressing compliance of Civil Local Rule 83.3(f)(3) as ordered on April 3, 2024, *see* ECF 172.

3. On March 19, 2024, I personally efiled and eserved via the PACER portal the Motion to Withdraw filed by my firm, Law Offices of Rodney L. Donohoo, APC. [*See* ECF 163]. The Service List in the Certificate of Service includes service via Email on Nicholas Mechling, Christopher Mechling and Twins Special, LLC c/o Nicholas Mechling, Managing Member of Twins Special, LLC (collectively "Defendants"). Attached hereto as **Exhibit "A"** is a true and correct copy of the Certificate of Service reflecting service on the Defendants. I immediately at that same time sent all the papers associated with the Motion to Withdraw to Nicholas Mechling, Christopher Mechling, and Twins Special, LLC. Such papers were served at the exact address directed by the Mechlings for written correspondence to the Mechlings and Twins Special, LLC, which is mechling@gmail.com. This is the address from and to which my firm has corresponded in writing with the Mechlings and Twins Special, LLC and was the only address provided to our firm for communication with the Defendants.

4. Thereafter, on March 20, 2024 Counsel for Twins Special Co., LTD filed a Response to the Motion to Withdraw [*See* ECF 164] which was also provided via Email to Nicholas Mechling, Christopher Mechling and Twins Special, LLC c/o Nicholas Mechling, Managing Member of Twins Special, LLC.

5. On March 26, 2024 I personally efiled and eserved via the PACER portal a Reply Brief in Support of my firm's Motion to Withdraw. [*See* ECF 168]. The Service List in the Certificate of Service includes service via Email on the Defendants. Attached hereto as **Exhibit "B"** is a true and correct copy of the Certificate of Service for the Reply Brief reflecting service on the Defendants. Once again, I immediately at that same time sent all the papers associated with Reply Brief to Nicholas Mechling, Christopher Mechling, and Twins Special, LLC at the only address my firm has for written

correspondence to the Mechlings and Twins Special, LLC, which is mechling@gmail.com.

6.   I will be sending the instant Supplemental Declaration to Nicholas Mechling, Christopher Mechling, and Twins Special, LLC concurrently with the filing of the same.

7.   This Court issued a Minute Order referring the Motion to Withdraw to Magistrate Judge David D. Leshner [*see* ECF 166] and Order Requiring Defendants' Appearance at Hearing [*see* ECF 167].  Both Orders were provided via email to Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of April 2024 at Rancho Santa Fe, California

By:   */s/ Kevin T. Rhine*
      Kevin T. Rhine, declarant