| | |
|---|---|
| 1 | BUCHALTER<br>A Professional Corporation<br>SANJAY BHANDARI (SBN 181920)<br>NEUSHA ETEMAD (SBN 329455)<br>EMILY S. CHAIDEZ (SBN 297283)<br>655 W Broadway Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 219-5335<br>Facsimile: (619) 219-5344<br>Email: sbhandari@buchalter.com<br>Email: netemad@buchalter.com<br>Email: echaidez@buchalter.com |

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>Defendants. | Case No. 3:23-cv-00223-JO-DDL<br>[Consolidated with Case No. 3:21-cv-00221-JO-DDL]<br><br>**PLAINTIFF TWINS SPECIAL CO., LTD.'S NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER** |
| TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br><br>Counter-Claimants,<br><br>vs.<br><br>TWINS SPECIAL CO., LTD.<br><br>Counter-Defendants. | Presiding Judge: Hon. Jinsook Ohta<br>Magistrate Judge: David D. Leshner |
| AND CONSOLIDATED ACTIONS | |

1 | **TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT** Plaintiff Twins Special Co., Ltd. ("Twins Thailand") hereby withdraws ECF No. 170, including any supporting documents, filed on April 2, 2024. This Motion was filed without a hearing date. Twins Thailand will file an amended motion once it obtains a hearing date.

Dated: April 3, 2024

BUCHALTER
A Professional Corporation

By: */s/ Neusha Etemad*
SANJAY BHANDARI
MATTHEW L. SEROR
NEUSHA ETEMAD
EMILY S. CHAIDEZ
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.