| | |
|---|---|
| 1 | Rodney L. Donohoo, Esq. (SBN 145040) |
| 2 | Kevin T. Rhine, Esq. (SBN 270283)<br>**LAW OFFICES OF RODNEY L. DONOHOO, APC** |
| 3 | 16236 San Dieguito Rd., Suite 1-12<br>Post Office Box 9335 |
| 4 | Rancho Santa Fe, CA 92067<br>T. 858.914.3394 | F. 858.737.2915 |
| 5 | Email: rdonohoo@donohoolaw.com<br>           ktrhine@donohoolaw.com |

Attorney for Defendants and Counter-Claimants TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br>　　　　　Plaintiff,<br>　　v.<br>TWINS SPECIAL, LLC, et al.,<br>　　　　　Defendants. | Case No. 23-cv-00223-JO-DDL<br>**CERTIFICATE OF SERVICE**<br><br>Presiding Judge:<br>Hon. Jinsook Ohta<br><br>Magistrate Judge:<br>Hon. David D. Leshner |
| TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br>　　　　　Counter-Claimants,<br>　　v.<br>TWINS SPECIAL CO., LTD.,<br>　　　　　Counter-Defendant. | |

1
CERTIFICATE OF SERVICE

# **CERTIFICATE OF SERVICE**

I certify that on **April 5, 2024**, I electronically served a copy of the following:

1. **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [Dkt. No. 163]; AND,**
2. **CERTIFICATE OF SERVICE.**

Service is hereby made by e-mail only pursuant to applicable rules and/or by agreement of the parties. Accordingly, I caused the document(s) listed above to be sent to the persons at the e-mail addresses listed below.

## **SEE ATTACHED SERVICE LIST**

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct, and that this declaration was executed on **April 8, 2024** at Rancho Santa Fe, California.

Kevin T. Rhine             /s/ Kevin T. Rhine
Declarant                  Signature

**Case Name: <u>Twins Special Co., Ltd. v. Twins Special, LLC, et al.</u>**
**Case No: 23-CV-00223-JO-DDL**

<h2 style="text-align:center"><u>SERVICE LIST</u></h2>

| | |
|---|---|
| NICHOLAS MECHLING<br>CHRISTOPHER MECHLING<br>TWINS SPECIAL, LLC<br>c/o Nicholas Mechling, Managing Member of Twins Special, LLC<br>Email: mechling@gmail.com | |