BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
NEUSHA ETEMAD (SBN 329455)
EMILY S. CHAIDEZ (SBN 297283)
655 W Broadway Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email: sbhandari@buchalter.com
Email: netemad@buchalter.com
Email: echaidez@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC, et al., <br><br> Defendants. | Case No. 3:23-cv-00223-JO-DDL (Consolidated with Case No. 21-cv-00221) <br><br> Presiding Judge: Hon. Jinsook Ohta <br> Magistrate Judge: David D. Leshner <br><br> **PLAINTIFF TWINS SPECIAL CO., LTD.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER** |

BUCHALTER
A Professional Corporation
San Diego

1
MOTION TO AMEND PROTECTIVE ORDER
3:23-CV-00223-JO-DDL

BN 82027632v3

PLEASE TAKE NOTICE that Plaintiff TWINS SPECIAL CO., LTD. ("Twins Thailand") will and hereby does move to amend the protective order [ECF 99] to remove the "CONFIDENTIAL – FOR COUNSEL ONLY" designation.

As discussed at the May 6, 2024 conference before Judge Leshner, Twins Thailand asks for this change because 1) Defendants Twins Special, LLC, Nicholas Mechling, and Christopher Mechling are unrepresented by counsel for the second time in less than a year, and must have access to evidence for the case to proceed; 2) Defendants have not used the "CONFIDENTIAL – FOR COUNSEL ONLY" designation on any documents; and 3) fairness dictates that Defendant parties not have greater access to evidence than Plaintiff parties. This motion is based on this Notice, the attached Memorandum, the pleadings and records on file, and such additional information as may be presented prior to or at any hearing on this motion.

**Meet & Confer Certification**

For several weeks before the May 6, 2024 conference, Twins Thailand repeatedly attempted to meet and confer with Defendants about this request. Defendants repeatedly declined until they obtained counsel, thus waiving any meet and confer requirement. *Hart v. Gaioni*, No. CV02-01331-RMT, 2003 U.S. Dist. LEXIS 26326, at *4-5 (C.D. Cal. May 12, 2003) (meet and confer duty waived when nonmoving party refused to meet). Nonetheless, the parties conferred after the May 6 conference. Counsel for Mr. Pouliot (plaintiff in consolidated case 21-c-0221, which has a separate protective order) does not oppose this motion. Defendants did not agree to this motion by the time of this filing.

DATED: May 7, 2024             BUCHALTER
                               A Professional Corporation


                               By: */s/ Sanjay Bhandari*
                                   SANJAY BHANDARI
                                   Attorneys for Plaintiff
                                   TWINS SPECIAL CO., LTD.

2
MOTION TO AMEND PROTECTIVE ORDER
3:23-CV-00223-JO-DDL
BUCHALTER
A Professional Corporation
San Diego
BN 82027632v3

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff Twins Special Co., Ltd. ("Twins Thailand") asks that the Court modify the protective order (Dkt. 99) to account for Defendants' lack of counsel. Because Defendants have no counsel, discovery and disclosures marked attorneys' eyes only ("AEO"), including Twins Thailand's April 5, 2024 expert report, cannot be provided to them. Twins Thailand asks that the Court cure this issue by eliminating the AEO designation, equitably for both sides.

## II. LEGAL STANDARD

"A party subject to a protective order is generally free to return to the issuing court to seek modification of the order." *Osband v. Woodford*, 290 F.3d 1036, 1039 (9th Cir. 2002), *superseded on other grounds*, 282 F.3d 1125 (9th Cir. 2002). The Protective Order in this case expressly provides for modification: "The Court may modify the terms and conditions of this Order for good cause, or in the interest of justice, or on its own order at any time in these proceedings." Dkt. 99, ¶ 23.

## III. DISCUSSION

Under the proposed amendments to the protective order, shown in redline in Exhibit A hereto, the AEO designation would be eliminated, and items previously designated as such would now be designated as "CONFIDENTIAL," unless the designating party moves for and obtains a court order withdrawing that information from discovery upon good cause shown.

As discussed at the May 6, 2024 conference with Defendants, Plaintiff is unaware of any documents designated AEO by Defendants. Since then, Plaintiff identified only a brief portion of one deposition that was so designated by Defendants. Defendants did not identify any such material. Plaintiff is unaware of any trade secrets or similarly sensitive information requiring an AEO designation in

Buchalter
A Professional Corporation
San Diego

BN 82027632v3

3
MOTION TO AMEND PROTECTIVE ORDER
3:23-CV-00223-JO-DDL

this case, and is willing to forego the AEO designation it previously used.[1] Defendants therefore suffer minimal, if any, prejudice by the removal of this designation, and no greater prejudice than Plaintiff itself.

## IV. CONCLUSION

Given that Defendants failed to obtain counsel as ordered by May 3, 2024, and both parties only minimally used the AEO designation under the existing protective order, Twins Thailand respectfully requests that the protective order be modified to remove that designation.

DATED: May 7, 2024

BUCHALTER
A Professional Corporation

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

---

[1] Plaintiff used the AEO designation on seven documents, but will re-produce any such documents in CONFIDENTIAL form to have a workable protective order.

4
**MOTION TO AMEND PROTECTIVE ORDER**
3:23-CV-00223-JO-DDL

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

BN 82027632v3

# PROOF OF SERVICE

*Twins Special Co., Ltd. v. Twins Special, LLC, et al.*
Case No. 3:23-cv-00223-JO-DDL
Consolidated with Case No. 3:21-cv-00221)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514. My email address is lurias@buchalter.com. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On the date set forth below, I served the foregoing document described as:

**PLAINTIFF TWINS SPECIAL CO., LTD.'S NOTICE OF MOTION AND MOTION TO AMEND PROTECTIVE ORDER**

on all other parties and/or their attorney(s) of record to this action by ☒ emailing/faxing and/or ☐ placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Michael K. Murray, Esq.<br>James H. Millane, Esq.<br>LANAK & HANNA, P.C.<br>1851 East First Street, Suite 700<br>Santa Ana, CA 92705<br><br>Attorneys for Plaintiff Simon Pouliot as Assignee of Twin Special Co. Ltd.<br><br>T. (714) 620-2350<br>F. (714) 703-1610<br>Email: mkmurray@lanak-hanna.com<br>jhmillane@lanak-hanna.com<br>anamiranian@lanakhanna.com | Nick and Chris Mechling<br>3585 Fourth Avenue, Suite B<br>San Diego, California 92103<br>Phone: 858-735-7720 (Nick Mechling)<br>Phone: 858-735-7785 (Chris Mechling)<br>E-Mail: Mechling@gmail.com<br>**VIA E-MAIL** |
| Twins Special, LLC<br>2907 Shelter Island Drive, Suite 105-701<br>San Diego, California 92106<br>E-Mail: Mechling@gmail.com<br>**VIA E-MAIL** | |

☑   **BY EMAIL**  On May 7, 2024, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown herein, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

1  ☑   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on May 7, 2024, at Irvine, California.

        Laura Urias                                                 (Signature)

BN 76350850v1