UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  23-cv-223-JO-DDL<br>Related Case No.: 21-cv-221-JO-DDL<br><br>**ORDER:**<br><br>**(1) CONTINUING DEFENDANTS' DEADLINE TO RETAIN COUNSEL;**<br><br>　and<br><br>**(2) SETTING BRIEFING SCHEDULES** |

On May 6, 2024, the Court held a Discovery Conference regarding Plaintiff's counsel's April 25, 2024, email. For the reasons stated during the Discovery Conference, the Court **ORDERS** as follows:

1. Defendants' oral motion to continue the deadline to retain counsel and for counsel to file a notice of appearance on behalf of Twins Special, LLC is **GRANTED**. By not later than **May 17, 2024**, Defendant Twins Special, LLC must retain counsel. By the same deadline, counsel must file a notice of appearance or

Twins Special, LLC will be subject to default proceedings filed by Plaintiff pursuant to Federal Rule of Civil Procedure 55.[1]  Defendants Nicholas Mechling and Christopher Mechling may proceed pro se (without counsel).

2. On May 7, 2024, Plaintiff filed a Motion to Amend the Protective Order [Dkt. No. 183] and a Motion for Reconsideration of the Amended Scheduling Order [Dkt. No. 184].  By not later than **May 14, 2024**, Defendants shall file a response to Plaintiff's Motion to Amend the Protective Order and Motion for Reconsideration of the Amended Scheduling Order.  Plaintiff shall not file any reply unless ordered.

3. By not later than **May 24, 2024**, Plaintiff may file any motion for sanctions, not to exceed 25 pages in length, excluding exhibits.  By not later than **May 31, 2024**, Defendants must file a response to the motion for sanctions, not to exceed 25 pages in length, excluding exhibits.  By not later than **June 7, 2024**, Plaintiff must file a reply in support of the motion for sanctions, not to exceed 5 pages in length, excluding exhibits.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Under Civil Local Rule 83.3(j), Defendant Twins Special, LLC may only appear in court through an attorney.  However, Rule 83.3(j) is not offended where a court orders an unrepresented entity to find substitute counsel and provides time to do this on the condition that failure to do so will expose the defendant to default proceedings.  *See, e.g.*, *Osgood*, 2017 WL 7362740, at *2 (granting counsel's motion to withdraw from representing a business entity defendant; ordering the defendant to obtain new counsel within thirty days and requiring counsel to file a notice of appearance within that timeframe; and warning the defendant of the risk of default judgment upon its failure to retain new counsel); *see also United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming a default judgment against a corporate defendant that failed to comply with the court's order requiring it to retain new counsel).

The parties must appear in-person for a hearing on the motion for sanctions on **June 11, 2024, at 11:00 a.m.** in **Courtroom 3A** of the **Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101**. **IT IS SO ORDERED.**

Dated: May 9, 2024

Hon. David D. Leshner
United States Magistrate Judge