Case Name: Twins Special Co., Ltd. v. Twins Special, LLC et al
Case Number: 3:23-cv-00223-JO-DDL

NOTICE OF CONTACT INFORMATION FOR THE ABOVE CASE

For Parties **Christopher Mechling** and **Nicholas Mechling**



**Mailing Address:**

Nicholas Mechling
Christopher Mechling
3585 Fourth Avenue
Suite B
San Diego CA 92103-4912

**Telephone Numbers:**

Nicholas Mechling
858-735-7720

Christopher Mechling
858-735-7785

**Email Address:**

mechling@gmail.com