# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 23-cv-223-JO-DDL<br>Related Case No.: 21-cv-221-JO-DDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF AMENDED SCHEDULING ORDER**<br><br>**[Dkt. No. 184]** |

On May 15, 2024, the Court held a Status Conference and heard argument regarding Plaintiff's Motion for Reconsideration of the Amended Scheduling Order. Dkt. No. 184.

/ / /

/ / /

/ / /

/ / /

/ / /

1  For the reasons stated on the record during the Status Conference, Plaintiff's Motion
2  for Reconsideration is **DENIED**.  The pretrial dates contained in the Amended Scheduling
3  Order at Dkt. No. 179 remain in effect.  The Court reiterates its prior admonition that it
4  "will not grant further continuances of the pretrial schedule absent a showing of exceptional
5  circumstances."  Dkt. No. 179 at 2.

6  **IT IS SO ORDERED.**

7  Dated:  May 16, 2024

Hon. David D. Leshner
United States Magistrate Judge