UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 23-cv-223-JO-DDL<br>Related Case No.: 21-cv-221-JO-DDL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND PROTECTIVE ORDER**<br><br>**[Dkt. No. 183]** |

Plaintiff Twins Special Co., Ltd. moves to modify the Protective Order in this case to eliminate the "CONFIDENTIAL–FOR COUNSEL ONLY" designation. Good cause appearing, the Court **GRANTS** the motion.

The Protective Order (Dkt. No. 99) allows the parties to designate discovery materials as "CONFIDENTIAL" or "CONFIDENTIAL-FOR COUNSEL ONLY" ("C-FCO"). Plaintiff has designated certain documents produced in discovery as C-FCO, and Defendants have designated a portion of one deposition transcript as C-FCO.

Plaintiffs assert that the C-FCO designation is no longer warranted given that Defendants are not represented by counsel. On April 5, 2024, the Court granted Defendants' counsel's motion to withdraw and ordered any new counsel for defendant Twins Special LLC to file a notice of appearance by May 3, 2024. Dkt. No. 176. The Court subsequently granted Defendants' request to extend that deadline to May 17, 2024. Dkt. No. 186. To date, no counsel has appeared on behalf of Twins Special, LLC or the individual defendants, Nicholas and Christopher Mechling. In addition, Defendants have not filed an opposition to Plaintiffs' motion to amend the Protective Order.

Given that defendants Nicholas and Christopher Mechling are proceeding without counsel, the Court finds good cause exists to modify the Protective Order and eliminate the C-FCO designation. The elimination of the C-FCO designation will allow the Mechlings to review all discovery materials produced by Plaintiff and will thereby ensure the parties are on equal footing as they proceed with the litigation.

The Court will issue an amended Protective Order concurrently with this Order.

**IT IS SO ORDERED.**

Dated: May 24, 2024

*[signature: David Leshner]*

Hon. David D. Leshner
United States Magistrate Judge