AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| TWINS SPECIAL CO., LTD. <br> *Plaintiff* <br> v. <br> TWINS SPECIAL, LLC ET AL <br> *Defendant* | ) <br> ) <br> ) Case No. 23cv223-JO-DDL <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Twins Special, LLC, Twins Special, an unincorporated general partnership

Date: 06/06/2024

*S. Morris*
*Attorney's signature*

Stephen B. Morris (SBN 126192)
*Printed name and bar number*
The Law Offices of Stephen B. Morris
147 Elm Avenue, Imperial Beach, CA 91932

*Address*

smorris@stephenbmorrislaw.com
*E-mail address*

(619) 985-4462
*Telephone number*

*FAX number*