AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

TWINS SPECIAL CO., LTD.
         Plaintiff (s),
V.
TWINS SPECIAL, LLC, ET AL
         Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 23cv223-JO-DDL

Notice is hereby given that, subject to approval by the court, __Nicholas and Christopher Mechling__ substitutes
(Party (s) Name)

__Stephen B. Morris__, State Bar No. __126192__ as counsel of record in
(Name of New Attorney)

place of __Nicholas Mechling and Christopher Mechling, in pro per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Law Offices of Stephen B.; Morris |
| Address: | 147 Elm Avenue, Imperial Beach, CA 91932 |
| Telephone: | (619) 985-4462    Facsimile |
| E-Mail (Optional): | smorris@stephenbmorrislaw.com |

I consent to the above substitution.
Date: 6/6/2024

*Nicholas Mechling   Christopher Mechling*
(Signature of Party (s))

I consent to being substituted.
Date: 6/6/2024

*Nicholas Mechling   Christopher Mechling*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/6/2024

*S. Morris*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]