1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TWINS SPECIAL CO., LTD., a private          Case No.:  23-cv-223-JO-DDL
12   limited company organized under the        Related Case No.: 21-cv-221-JO-DDL
     laws of Thailand,
13                            Plaintiff,         **ORDER GRANTING DEFENDANTS'**
                                                 **MOTION TO CONTINUE HEARING**
14   v.                                          **ON PLAINTIFF'S MOTION FOR**
                                                 **SANCTIONS**
15   TWINS SPECIAL, LLC, NICHOLAS
16   MECHLING, an individual,                    **[Dkt. No. 198]**
     CHRISTOPHER MECHLING, an
17   individual, TWINS SPECIAL, an
     unincorporated general partnership, and
18   DOES 1-10, inclusive,

19
20                           Defendants.
21

22          On June 6, 2024, attorney Stephen Morris entered his appearance as counsel for

23   Defendants.  Dkt. Nos. 196, 197.  Defendants now move to continue the hearing on

24   Plaintiff's Motion for Sanctions, currently set for June 11, 2024, given defense counsel's

25   recent appearance in the case and the fact that counsel will be on a family vacation on

26   June 11.  Dkt. No. 198.

27   / / /

28   / / /

                                            1

Good cause appearing, the Court **GRANTS** Defendants' Motion to Continue and **ORDERS** as follows:

1.      Defendants must file any opposition to Plaintiff's Motion for Sanctions by not later than **June 28, 2024**.

2.      Plaintiff may file a reply brief by not later than **July 8, 2024**.

3.      The Court will hold an in-person hearing on Plaintiff's Motion for Sanctions on **July 16, 2024, at 11:00 a.m.**   The Court will issue a separate order regarding the courtroom assignment prior to the hearing date.

4.      The pretrial dates contained in the Amended Scheduling Order at Dkt. No. 179 remain in effect.  The Court reiterates its prior admonition that it "will not grant further continuances of the pretrial schedule absent a showing of exceptional circumstances."  Dkt. No. 179 at 2.

**IT IS SO ORDERED.**

Dated:  June 7, 2024

Hon. David D. Leshner
United States Magistrate Judge