BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
EMILY S. CHAIDEZ (SBN 297283)
NEUSHA ETEMAD (SBN 329455)
655 W Broadway Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email: sbhandari@buchalter.com
Email: echaidez@buchalter.com
Email: netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TWINS SPECIAL CO., LTD.,

Plaintiff,

vs.

TWINS SPECIAL, LLC, et al.,

Defendants.

TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,

Counter-Claimants,

vs.

TWINS SPECIAL CO., LTD.

Counter-Defendants.

AND CONSOLIDATED ACTIONS

Case No. 3:23-cv-00223-JO-DDL
[Consolidated with Case No. 3:21-cv-00221-JO-DDL]

**JOINT MOTION TO SET JOINT BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

Presiding Judge: Hon. Jinsook Ohta
Magistrate Judge: David D. Leshner

Plaintiff Twins Special Co., Ltd. ("Twins Thailand") and Defendants Twins Special, LLC, Nicholas Mechling, Christopher Mechling, and Twins Special (collectively, "Twins US") (collectively, the "Parties") hereby stipulate to the following briefing schedule on each side's Motions for Summary Judgment, pursuant to this Court's Chambers Rules urging the parties to avoid duplicative briefing on Motions presenting overlapping issues (including briefing for and against summary judgment on the same claims).

1. Twins US filed its Motion for Summary Judgment by July 29, 2024, pursuant to the Amended Scheduling Order and Court's order on Twins Thailand's Motion for Sanctions (Dkt. 179, 216).

2. By not later than Twins Thailand's new pretrial motion filing deadline (to be set by Judge Leshner after the August 7, 2024 joint status report filed by the Parties)[1], Twins Thailand shall file a combined Motion for Summary Judgment and Opposition to Twins US's Motion for Summary Judgment. Twins Thailand will have an additional ten pages for its combined Motion and Opposition, for a total of thirty-five (35) pages.

3. By not later than fourteen (14) days after Twins Thailand files its combined Motion, Twins US shall file its combined Opposition to Twins Thailand's Motion for Summary Judgment and Reply in support of its Motion for Summary Judgment. Twins US will have an additional ten pages for its combined Opposition and Reply, for a total of thirty-five (35) pages.

4. By not later than seven (7) days after Twins US files its combined Motion, Twins Thailand shall file any Reply in support of its Motion for Summary Judgment.

Therefore, all Parties stipulate to this proposal. Should the Court wish to discuss or modify the above briefing schedule suggested by the Parties, the Parties

---

[1] Dkt. 216, ¶ 6; Dkt. 223 (resetting status report to August 7, 2024).

will be prepared to address this matter at the Order to Show Cause hearing set for August 7, 2024.

Dated: August 2, 2024                BUCHALTER
                                     A Professional Corporation


                                     By: */s/ Neusha Etemad*
                                     SANJAY BHANDARI
                                     MATTHEW L. SEROR
                                     EMILY S. CHAIDEZ
                                     NEUSHA ETEMAD
                                     Attorneys for Plaintiff
                                     TWINS SPECIAL CO., LTD.


Dated: August 2, 2024                THE LAW OFFICES OF STEPHEN B. MORRIS


                                     By: */s/ Stephen B. Morris*
                                     STEPHEN B. MORRIS
                                     Attorney for Defendants TWINS SPECIAL, LLC, NICHOLAS MECHLING and CHRISTOPHER MECHLING


## **SIGNATURE CERTIFICATION**

I hereby certify that the content of the document is acceptable to all persons required to sign the document; for any e-signatures above, I obtained counsel's authorization to affix their electronic signature to this document.


                                     By: */s/ Neusha Etemad*
                                     SANJAY BHANDARI
                                     MATTHEW L. SEROR
                                     EMILY S. CHAIDEZ
                                     NEUSHA ETEMAD
                                     Attorneys for Plaintiff
                                     TWINS SPECIAL CO., LTD.