Stephen B. Morris (SBN 126192)
**The Law Offices of Stephen B. Morris**
147 Elm Avenue
Imperial Beach, California 91932
Tel: (619) 985-4462
smorris@stephenbmorrislaw.com

Attorney for Defendants and cross-claimant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00223-JO-DDL<br><br>Related Case No.: 21-cv-221-JO-DDL<br><br>DECLARATION OF CHRISTOPHER MECHLING IN RESPONSE TO IMPROPER "RESPONSE" FILED BY TWINS SPECIAL CO., LTD. RE OSC<br><br>Date:　August 7, 2024<br>Time:　9:30 a.m.<br>Ctrm:　4C<br>Judge: Hon. Jinsook Ohta |

　　I, Christopher Mechling, declare:

1. I am a party to the within litigation and I have personal knowledge of the facts set forth herein.

1

---
DECLARATION OF CHRISTOPHER MECHLING IN RESPONSE TO IMPROPER "RESPONSE"
FILED BY TWINS SPECIAL CO., LTD. RE OSC

2. I understand that Plaintiff has provided to the court a request for monetary sanctions in excess of $20,000.00, in connection with the delays caused by the withdrawal of our prior counsel, and its motion for dismissal or default.

3. I am intimately familiar with the finances of all Twins-related entities, and my own and my brother's personal finances.

4. Since Twins Thailand has been selling and promoting sales of counterfeit goods in the United States, the sales of Twins US-LLC's goods, through its sub-licensees, has been dramatically affected, causing very significant financial hardship to Twins US-LLC.  This has caused significant interruption in cash flow, which in turn has impeded our ability to maintain counsel in this proceeding.

5. Since retaining Mr. Morris, a sole practitioner, our ability to support the legal expenses of the case has improved.  Nevertheless, we are still digging ourselves out of a big financial hole.

6. If the court were to impose a monetary sanction as requested by plaintiff in connection with its failed motion for default or dismissal, and require payment within the next six months of any significant amount, we would not be able to sustain representation by Mr. Morris.

DECLARATION OF CHRISTOPHER MECHLING IN RESPONSE TO IMPROPER "RESPONSE" FILED BY TWINS SPECIAL CO., LTD. RE OSC

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 3rd day of August, 2024 at Thailand.

*Christopher Mechling*
Christopher Mechling

3

DECLARATION OF CHRISTOPHER MECHLING IN RESPONSE TO IMPROPER "RESPONSE" FILED BY TWINS SPECIAL CO., LTD. RE OSC