UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD,<br><br>                              Plaintiff,<br>v.<br>TWINS SPECIAL, LLC, et al.,<br>                              Defendants. | Case No.:  3:23-cv-00223-JO-DDL<br>[Consolidated with Case No.3:21-cv-00221-JO-DDL]<br><br>**ORDER ISSUING SANCTIONS AGAINST TWINS SPECIAL, LLC** |
| TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,<br>                            Counter Claimants,<br>v.<br>TWINS SPECIAL CO., LTD,<br>                            Counter Defendant. | |

For the reasons stated on the record during its August 7, 2024 Order to Show Cause Hearing, the Court issues sanctions against Defendant Twins Special, LLC ("Twins USA").  Twins USA is ordered to pay the attorneys' fees that Plaintiff Twins Special Co., LTD's ("Twins Thailand") incurred while preparing and litigating its motion for default judgment, motion for dismissal for failure to prosecute, and response to the Court's July

10, 2024 Order to Show Cause in the amount of $29,878.85.  Twins USA is permitted to make this payment in six monthly installments as set forth on the record.

**IT IS SO ORDERED**.

Dated:  August 20, 2024

_____
Honorable Jinsook Ohta
United States District Judge