BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
EMILY S. CHAIDEZ (SBN 297283)
NEUSHA ETEMAD (SBN 329455)
655 W Broadway Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email: sbhandari@buchalter.com
Email: echaidez@buchalter.com
Email: netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TWINS SPECIAL CO., LTD., Plaintiff, vs. TWINS SPECIAL, LLC, et al., Defendants. | Case No. 3:23-cv-00223-JO-DDL [Consolidated with Case No. 3:21-cv-00221-JO-DDL] **JOINT MOTION TO SHORTEN TIME** |
|---|---|
| TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING, Counter-Claimants, vs. TWINS SPECIAL CO., LTD. Counter-Defendants. | Presiding Judge: Hon. Jinsook Ohta Magistrate Judge: David D. Leshner |
| AND CONSOLIDATED ACTIONS | |

Plaintiff Twins Special Co., Ltd. ("Twins Thailand") and Defendants Twins Special, LLC, Nicholas Mechling, and Christopher Mechling, hereby jointly ask that the Court shorten time for briefing and a hearing on a significant recent development. Specifically, on August 29, 2024, California's Franchise Tax Board filed a revocation of the reviver it had previously issued to Twins Special, LLC ("Twins LLC"). *See* Exhibit A.[1] Under California law (which applies in federal court under Federal Rule of Civil Procedure 17(b)), this immediately suspends Twins LLC's ability to participate in this case. Cal. Rev. & Tax. Code § 23301; *Weinstock v. Sinatra*, 379 F. Supp. 274, 275-77 (C.D. Cal. 1974).

Plaintiff and Defendants agree that good cause exists to shorten time because the Court's guidance is urgently needed on several issues, including:

1. To provide counsel for Defendants guidance on what counsel may permissibly do with respect to Twins LLC's interests, given that Plaintiff submits that California law bars Twins LLC from filing papers or otherwise litigating for Twins LLC, but defense counsel's other clients have related interests.

2. To provide both sides with revised scheduling. The parties agree that Twins LLC's pending motion for summary judgment cannot be heard under the present circumstances, so Twins Thailand need not respond unless Twins LLC's disability is removed. Other upcoming pretrial conference filings[2] are also impacted, as Twins LLC is the only one of Defendants-Counterclaimants involved in many of the claims and counterclaims in dispute.

3. To address whether the Court should stay proceedings (as Defendants will request) or enter dismissal and default (as Plaintiff Twins Thailand will

---

[1] The parties agree that the Court may take judicial notice of this document, as it was filed in a related court proceeding. *See* Fed. R. Evid. 201.
[2] For example, Rule 26(a)(3) pretrial disclosures are due October 28, 2024, and the Rule 16.1(f)(4) meeting of counsel is set for on or before November 4. [Dkt. 179].

request).

Because the issues are straightforward and the law is clear, the parties jointly ask that the Court enter the following schedule:

1. Plaintiff Twins Thailand to file its recommendations and motions in a brief of no more than seven (7) pages within two business days of the Court's order adopting this joint motion.
2. Defendants to file their recommendations and motions in a brief of no more than seven (7) pages within four (4) business days thereafter.
3. Hearing before the District Court as soon as possible thereafter.[3]

The parties respectfully request the Court grant the present application and enter this expedited briefing and hearing schedule.

Dated:  September 3, 2024

BUCHALTER
A Professional Corporation

By:  _/s/ Sanjay Bhandari_
SANJAY BHANDARI
MATTHEW L. SEROR
EMILY S. CHAIDEZ
NEUSHA ETEMAD
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

Dated:  September 3, 2024

THE LAW OFFICES OF STEPHEN B. MORRIS

By:  _/s/ Stephen B. Morris_
STEPHEN B. MORRIS
Attorney for Defendants NICHOLAS MECHLING and CHRISTOPHER MECHLING

---

[3] Plaintiffs' counsel is generally available. Defendants' counsel is available except Wednesday September 11th and 8:30-10:00 a.m. on Friday September 13th (when counsel will be in Superior Court in downtown San Diego, and thus available for a hearing later that day).

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of the document is acceptable to all persons required to sign the document; for any e-signatures above, I obtained counsel's authorization to affix their electronic signature to this document.

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
MATTHEW L. SEROR
EMILY S. CHAIDEZ
NEUSHA ETEMAD
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.