1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

TWINS SPECIAL CO., LTD.,

Case No. 3:23-cv-00223-JO-DDL
[Consolidated with Case No.
3:21-cv-00221-JO-DDL]

11

Plaintiff,

12

vs.

**ORDER GRANTING JOINT MOTION TO SHORTEN TIME**

13

TWINS SPECIAL, LLC, et al.,

14

Defendants.

15

16

TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING,

Presiding Judge: Hon. Jinsook Ohta
Magistrate Judge: David D. Leshner

17

18

Counter-Claimants,

19

vs.

20

TWINS SPECIAL CO., LTD.

21

Counter-Defendants.

22

AND CONSOLIDATED ACTIONS

23

24       Good cause appearing therefor, the Court GRANTS the Joint Motion of

25  Plaintiff Twins Special Co., Ltd. ("Twins Thailand") and Defendants Twins

26  Special, LLC, Nicholas Mechling, and Christopher Mechling to Shorten Time to

27  address the impact of the August 29, 2024 action by California's Franchise Tax

28  Board with respect to Twins Special, LLC's capacity to continue in this litigation.

1

The Court enters the briefing and hearing schedule recommended by the parties, as follows.

      1.    Plaintiff Twins Thailand shall file its recommendations and motions in a brief of no more than seven (7) pages no more than two business days after the issuance of this Order.

      2.    Defendants shall file their recommendations and motions in a brief of no more than seven (7) pages no more than four (4) business days after Twins Thailand's filing.

      3.    The Court sets a hearing to discuss these matters on September 18, 2024, at 9:30 A.M. before this Court.

**IT IS SO ORDERED.**

Dated:   9/04/2024

_____
HON. JINSOOK OHTA
United States District Judge

ORDER GRANTING JOINT MOTION TO SHORTEN TIME      3:23-CV-00223-JO-DDL

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

BN 84313949v1