BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
EMILY S. CHAIDEZ (SBN 297283)
NEUSHA ETEMAD (SBN 329455)
655 W Broadway Suite 1600
San Diego, CA 92101
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email:  sbhandari@buchalter.com
Email:  echaidez@buchalter.com
Email:  netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC, et al., <br><br> Defendants. | Case No. 3:23-cv-00223-JO-DDL [Consolidated with Case No. 3:21-cv-00221-JO-DDL] <br><br> **NOTICE OF ERRATA ON PLAINTIFF'S MOTION TO DISMISS AND FOR ENTRY OF DEFAULT** |
| TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING, <br><br> Counter-Claimants, <br><br> vs. <br><br> TWINS SPECIAL CO., LTD. <br><br> Counter-Defendants. | Hrg Date: **Sept. 18, 2024**, 9:30 a.m. <br> Ctrm:       4 (Hon. Jinsook Ohta) <br><br> District Judge: Jinsook Ohta <br> Magistrate Judge: David D. Leshner |
| AND CONSOLIDATED ACTIONS | |

PLEASE TAKE NOTICE that Plaintiff TWINS SPECIAL CO., LTD., submits this Notice of Errata on its Motion to Dismiss and Entry of Default filed September 5, 2024 [Docket No. 240] to correct the hearing date in the title of the Motion from September 10, 2024 a.m. to **September 18, 2024** at 9:30 a.m.

Dated: September 5, 2024

BUCHALTER
A Professional Corporation

By: /s/Sanjay Bhandari
SANJAY BHANDARI
Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

BN 84355087v1