UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br>　　　　　　　　　　Plaintiff,<br>v.<br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br>　　　　　　　　　　Defendants. | Case No.: 23-cv-223-JO-DDL<br>Related Case No.: 21-cv-221-JO-DDL<br><br>**ORDER RE COMPLIANCE WITH ORDER ON STIPULATION FOR FORENSIC EXAMINATION**<br><br>**[Dkt. No. 239]** |

On September 4, 2024, the Court issued an Order on the parties' stipulation for a forensic examination of electronic devices and cloud-based accounts utilized by defendants. Dkt. No. 239. The Order required that the forensic examination "be conducted by an independent forensic examiner" who would "search for and locate documents (if any) relevant to this proceeding that have not been previously produced." *Id.* at 2. The Order further required the parties to "cooperate promptly and fully with the Examiner, including by promptly meeting the Examiner (or his agents) for device turnover at locations reasonably close to the devices' locations, and promptly supplying information, passwords, and credentials required to access and decrypt data." *Id.*

On September 20, 2024, the Court held a discovery conference wherein Plaintiff asserted that defendants Nicholas Mechling and Christopher Mechling (collectively the Mechlings) have not complied with their obligations under the Order. For the reasons stated on the record at the September 20 hearing, the Court ORDERS as follows:

1. The parties must work cooperatively and in good faith to comply with the Order, including the "Examination Process" protocol set forth in Section II(a). The Court sets a further status hearing on **September 30, 2024 at 8:00 a.m**. in Courtroom 3A of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101. The Mechlings, the Examiner and counsel for Plaintiff and Defendants must appear in person at the status conference, and the Mechlings must bring all electronic devices to the status conference. The Court will hear from the parties and then will direct them to a location to fulfill the Mechlings obligations under Section II(a) of the Order.

2. The Court will vacate the September 30 status conference only if the Mechlings fulfill their obligations under Section II(a) of the Order by not later than September 26, 2024. By not later than **September 27, 2024, at 12:00 p.m.**, the parties must file a joint status report indicating whether the Mechlings have complied with their obligations under Section II(a), including the turnover of their devices. If either party indicates that there has not been full compliance by the Mechlings, the September 30 status conference will remain on calendar.

3. By not later than **September 23, 2024**, Plaintiff may file a motion for sanctions or other appropriate relief based on Defendants' alleged failure to comply with the Order. The motion shall not exceed 10 pages, exclusive of exhibits. By not later than **September 30, 2024**, Defendants shall file a response to Plaintiff's motion not to exceed 10 pages, exclusive of exhibits. Plaintiff may file an optional reply brief not to exceed 5 pages by not later than **October 7, 2024**.

///
///
///

4. The Court will hold a motion hearing on **October 15, 2024, at 11:00 a.m.**, in Courtroom 3A of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101. Counsel for both parties and the Mechlings must all appear in person at the motion hearing.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge