UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, et al.<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-00223-JO-DDL<br><br>**ORDER ORDERING SUPPLEMENTAL BRIEFING, SETTING DATE FOR SANCTION PAYMENT, AND DEACTIVATING PENDING MOTION** |

　　　Plaintiff Twins Special Co., Ltd., ("Twins Thailand") filed a motion to dismiss and for entry of default against Defendant Twins Special, LLC ("Twins USA") on September 5, 2024. Dkt. 240. The Court held oral argument on the motion on September 18, 2024. For the reasons stated on the record at the oral argument, the Court ruled as follows.

　　　First, the Court **ORDERED** Twins USA to file a concrete plan by September 25, 2024, detailing how Twins USA plans to pay its taxes and revive its corporate status under California law. Any such plan **MUST** include a declaration from a licensed accountant that provides a concrete plan and timeline for the repayment of the taxes and attests that the Mechling Brothers have the financial capacity to pay the owed taxes. Twins Thailand shall have until October 2, 2024, to file a response to Twins USA's proposed plan at which point the Court will take this matter under submission.

Second, the Court **ORDERED** Defendants to pay Twins Thailand the second installment owed under the Court's sanction order by 5:00 P.M. Pacific Standard Time on September 19, 2024. Third, considering the outstanding discovery issues discussed at the hearing, the Court **ORDERED** the Clerk of Court to deactivate Twins USA's pending motion for summary judgment. Dkt. 220. The Court will *sua sponte* reactivate the motion on the date that Judge Leshner sets for Twins Thailand to oppose the summary judgment motion.

**IT IS SO ORDERED.**

Dated: September 23, 2024

Hon. Jinsook Ohta
United States District Court