Stephen B. Morris (SBN 126192)
**The Law Offices of Stephen B. Morris**
147 Elm Avenue
Imperial Beach, California 91932
Tel: (619) 985-4462
smorris@stephenbmorrislaw.com

Attorney for Defendants and cross-claimant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00223-JO-DDL<br><br>Related Case No.: 21-cv-221-JO-DDL<br><br>NOTICE OF LODGMENT OF CPA PLAN |

Lodged herewith, pursuant to the Court's order of September 23, 3024, (Dckt. No. 250) is a Summary Plan and Affidavit regarding the actions necessary to get Twins Special LLC reinstated, and its ability to satisfy its past due taxes.

                                                  s/ Stephen B. Morris

_____
Stephen B. Morris, Attorneys for Twins Special LLC and Christopher and Nicholas Mechling

                                                  s/StephenB.Morris

_____
Stephen B. Morris, Attorneys for Twins Special, LLC, Christopher Mechling, Nicholas Mechling