STUART M. HURWITZ  A Professional Law Corporation

STUART M. HURWITZ, LLM
Certified Specialist in Taxation
The State Bar of California Board of Legal Specialization

3585 Fourth Avenue  •  San Diego, CA 92103-4912  •  Tel (619) 574-1040  •  Fax (619) 574-1344

My name is Stuart Hurwitz. I am a tax attorney . As a professional in this field, I am past Chairman of the 3200+ member Taxation Section of the State Bar Association of California. I recently served a 3 year term with the Internal Revenue Service Advisory Council (IRSAC). I am a provider of legal and tax services to over 800 clients ranging from individual taxpayers, partnerships, trusts and estates, foundations, pension plans, small corporations and limited liability companies multi-national corporations.

I have reviewed Twins Special LLC's company status, reviewed income projections for the next six months, and spoken directly with the Franchise Tax Board about this matter. Based upon my professional judgement as a licensed tax attorney, and based on my review of the records. It is my professional opinion that with regard to reviving Twins Special LLC, I am confident that Twins Special LLC can satisfy its obligations to the FTB and obtain a revivor within approximately three months. I have agreed to help with this situation.

I expect the primary work I will do to bring Twins Special LLC into compliance with the Franchise Tax Board's expectations will be accomplished relatively quickly, in a matter of weeks. Once that part has been done, the Franchise Tax Board will require some time to process Twins Special LLC's filings. I believe the total timeline to bring Twins Special LLC back to a fully revived status will take approximately three months. Much of the length of the timeline will be based on how quickly the Franchise Tax Board processes Twins Special LLC's filings.

I have had initial contact with the Franchise Tax Board, and will be following up with them to ensure all returns are properly filed and taxes are paid to the state of California. While I am aware the entity Twins Special LLC and the Mechlings have been struggling financially for a number of years now, I am also aware of the Mechlings' financial capacities and expected income, and I am confident the Mechlings, on behalf of Twins Special LLC, will be able to pay all the amounts required to be paid.

Once the returns have been filed, the Franchise Tax Board will process the returns and verify the tax payment amounts. It is my understanding that because some of the returns in question are from several years ago, it may take the Franchise Tax Board longer to process the returns. This is why I say the process will take approximately three months or longer; because we cannot know precisely how long the Franchise Tax Board will take to process the returns.

As soon as all the filings have been made, and payments based on the filings have been submitted, I will ask the Franchise Tax Board to issue a new limited purpose reviver like the one that was revoked. The limited purpose reviver allows the company to function just like a normal company- able to conduct business, sign binding contracts, engage in litigation, etc. as long as it remains in effect.

Unfortunately, although another limited purpose reviver could potentially be granted, it is more likely at this point that the Franchise Tax Board will not issue another limited purpose reviver, but will instead

STUART M. HURWITZ   A Professional Law Corporation

STUART M. HURWITZ, LLM
Certified Specialist in Taxation
The State Bar of California Board of Legal Specialization

3585 Fourth Avenue • San Diego, CA 92103-4912 • Tel (619) 574-1040 • Fax (619) 574-1344

wait until filings have been processed to verify that all requirements have been met. However, the bright side to this will be that rather than needing a limited purpose reviver, once the filings have been processed, and payment amounts and any other requirements have been verified and accepted by the Franchise Tax Board, a full reviver can and will be issued.

Sincerely,

*[signature]*

Stuart Hurwitz