Stephen B. Morris (SBN 126192)
**The Law Offices of Stephen B. Morris**
147 Elm Avenue
Imperial Beach, California 91932
Tel: (619) 985-4462
smorris@stephenbmorrislaw.com

Attorney for Defendants and cross-claimant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>Plaintiff,<br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00223-JO-DDL<br><br>Related Case No.: 21-cv-221-JO-DDL<br><br>DECLARATION OF STEPHEN B. MORRIS RE NON-PAYMENT OF FEES |

1. I, Stephen B. Morris, am an attorney duly licensed to practice law in the state of California and before the District Court for the Southern District of California. I have personal knowledge of the facts set forth herein.

2. Pursuant to this Court's prior Order placed on the record, but not included in a written Order, the court directed my office to provide notice to the

1

court should my firm's clients become delinquent in payment of attorney's fees.

3. As of today, October 14, 2024, my clients are delinquent on their contractual obligation for payment of attorney's fees to my firm.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 14th day of October at San Diego, California

_____
Stephen B. Morris, Attorneys for Twins Special, LLC,
Christopher Mechling, Nicholas Mechling

DECLARATION OF STEPHEN B. MORRIS RE NON-PAYMENT OF FEES