BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
EMILY S. CHAIDEZ (SBN 297283)
NEUSHA ETEMAD (SBN 329455)
655 W. Broadway Suite 1600
San Diego, CA  92101-8494
Telephone:  (619) 219-5335
Facsimile:  (619) 219-5344
Email:  sbhandari@buchalter.com
Email:  echaidez@buchalter.com
Email:  netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400
Email:  mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC, et al., <br><br> Defendants. <br><br>———————————————<br> TWINS SPECIAL, LLC, <br><br> Counter-Claimant, <br><br> vs. <br><br> TWINS SPECIAL CO., LTD. <br><br> Counter-Defendant. <br><br> AND CONSOLIDATED ACTION. | Case No. 3:23-cv-00223-JO-DDL <br> [Consolidated with Case No. 3:21-cv-00221-JO-DDL] <br><br> **EX PARTE APPLICATION FOR A WRITTEN ORDER RE OCTOBER 17, 2024 HEARING** <br><br> District Judge: Hon. Jinsook Ohta <br><br> Magistrate Judge: Hon. David D. Leshner |

Plaintiff Twins Special Co., Ltd. ("Twins Thailand") respectfully submits this ex parte application for the prompt issuance of a written order reflecting the rulings the Court made from the bench during the October 17, 2024 hearing.

This request is in the form of an ex parte application instead of a joint motion only because Defendants would not sign off on any of the multiple joint motions submitted for Defendants' approval. As Plaintiff understands Defendants' position, they maintain that Plaintiff should only request a ruling without giving the reasons for the request, which Plaintiff believes are necessary to allow the Court's ruling to be specific enough to provide clarity in a timely way.

Plaintiff submits that a written order is urgently needed for several reasons. *First*, other tribunals around the world need the benefit of the Court's rulings. These tribunals are poised to issue decisions in disputes involving rights asserted by suspended entity Twins Special, LLC ("Twins LLC"). Although some of these disputes were stayed pending the results of this case, not all were, and some tribunals are poised to rule *any day now*. The fact that Twins LLC lacks the capacity to assert rights due to its suspension by the California government has implications for these related proceedings.[1] In mid-September, Plaintiff asked Defendants to notify tribunals around the world of Twins LLC's suspended status, but Defendants have not done so. A clear and concise written order is necessary to allow other courts and tribunals to understand and apply the Court's rulings on Twins LLC's status and rights.

*Second*, the parties disagree about what the Court actually ruled. Although a transcript has been ordered, it is not yet available. The notes of the two lawyers

---

[1] In particular, the European Union Intellectual Property Office is poised to rule any day now on claims pursued by Twins LLC. From discussions with European counsel and a review of docket summaries provided by European counsel, Plaintiff proffers that 1) Twins LLC did not notify the EUIPO of its suspension and inability to pursue litigation, and 2) since July, the EUIPO has had under submission and is poised to rule on trademark issues based on rights asserted by Twins LLC.

from Plaintiff's law firm who were in court on October 17, 2024 are reflected in the proposed order provided herewith as Exhibit A. Defense counsel's position is reflected in the proposed order provided as Exhibit B.

  Defendants agree that a written order is necessary; their position on the content of that order is reflected in their draft order (Exhibit B).

  Given the above, and the exigency presented by pending international proceedings, Plaintiff respectfully requests a prompt and clear written order.

            Respectfully submitted,

Dated: October 24, 2024      BUCHALTER
            A Professional Corporation


            By: */s/ Sanjay Bhandari*
              SANJAY BHANDARI
              MATTHEW L. SEROR
              EMILY S. CHAIDEZ
              NEUSHA ETEMAD
              Attorneys for Plaintiff
              TWINS SPECIAL CO., LTD.