BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
NEUSHA ETEMAD (SBN 329455)
EMILY S. CHAIDEZ (SBN 297283)
655 W. Broadway Suite 1600
San Diego, CA  92101-8494
Telephone:  (619) 219-5335
Facsimile:  (619) 219-5344
Email:  sbhandari@buchalter.com
Email:  netemad@buchalter.com
Email: echaidez@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone:  (213) 891-0700
Facsimile:  (213) 896-0400
Email:  mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC, et al., <br><br> Defendants. | Case No. 3:23-cv-00223-JO-DDL (Consolidated with Case No. 21-cv-221) <br><br> **DECLARATION OF SANJAY BHANDARI** <br><br> District Judge: Hon. Jinsook Ohta <br><br> Magistrate Judge: Hon. David D. Leshner |
| TWINS SPECIAL, LLC, <br><br> Counter-Claimant, <br><br> vs. <br><br> TWINS SPECIAL CO., LTD. <br><br> Counter-Defendants. | |
| AND CONSOLIDATED ACTION. | |

I, Sanjay Bhandari, declare as follows:

1. I am an attorney for Plaintiff Twins Special Co., Ltd. ("Twins Thailand"). The facts set forth in this declaration are based upon my personal knowledge except as otherwise noted below, and if called upon to do so, I could and would testify competently thereto.

2. I am aware of and have submitted affidavits in proceedings outside this Court involving Defendant Twins Special LLC ("Twins USA") and Plaintiff Twins Thailand. These proceedings include many issues that overlap with this case, including copyright and trademark ownership. I am informed and believe that jurisdictions in which there are related proceedings include at least Canada, the United Kingdom, the European Union ("EU"), and the Northern District of Illinois.

3. On September 19, 2024, soon after Twins USA was suspended by California's government, I asked its counsel to ensure that Defendants timely notified all affected tribunals of Twins USA's lack of capacity to litigate. Earlier this week, I reviewed recent docket information for several such proceedings, including in the Northern District of Illinois and the EU. I am aware of no evidence that Defendant Twins USA has notified any court or tribunal of its August 2024 suspension by the California government.

4. Among the tribunals that have not been informed, based on my review of docket information, is the European Union Intellectual Property Office. The EUIPO case is poised for decision any day. (The adversarial stage is closed, and the tribunal may issue its decision at any time.)

5. In an attempt to resolve this matter without judicial intervention, on October 23 and 24, 2024, I met and conferred with Defense counsel in hopes of filing a joint motion instead of an ex parte application. After several communications regarding the content of the joint motion, we were unable to reach an agreement on

/ / /

its contents. I therefore presented the Defense's views through the ex parte application instead, as set forth therein.

      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Diego, California on October 24, 2024.

                                              /s/ *Sanjay Bhandari*
                                              Sanjay Bhandari

BN 85301589v3