UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TWINS SPECIAL, LLC, et al. <br><br> Defendants. | Case No.: 3:23-cv-00223-JO-DDL <br><br> **ORDER ENTERING DEFAULT AGAINST DEFENDANT AND STRIKING DEFENDANT'S COUNTERCLAIMS AND SUMMARY JUDGMENT MOTION** |

Plaintiff Twins Special Co., Ltd., ("Twins Thailand") filed a motion for contempt against Defendant Twins Special, LLC ("Twins USA") on September 25, 2024. Dkt. 252. The Court held oral argument on the motion on October 17, 2024. For the reasons stated on the record at the oral argument, the Court DENIES this motion [Dkt. 252].

At this hearing, the Court also ruled on Plaintiff's motion to dismiss and request for entry of default. Dkt. 240. At a prior hearing, the Court indicated that it would allow Twins USA to demonstrate their ability to revive their corporate status and ordered it to provide specific materials in support of its request for a stay in lieu of the dismissal and default requested by Plaintiff. Dkt. 250. Because Twins USA's conduct, as discussed on the record, does not establish a likelihood that it will be able to revive its corporate status, the Court declines to stay the case and instead GRANTS IN PART and DENIES IN PART Plaintiff's motion for dismissal and entry of default as follows. Dkt. 240. The Court

STRIKES Twins USA's counterclaims, answer, and pending motion for summary judgment without prejudice because the company does not have the ability, given its suspended status, to prosecute or defend this action. Dkt. 220 (Twins USA's motion for summary judgment); Dkt. 81 (Twins USA's answer and counterclaims). The Court also enters default against Twins USA on Twins Thailand's third and fourth claims. Dkt. 78 at 16-22. The Court ORDERS Twins Thailand to file a renewed a motion for default judgment specifying and supporting the relief requested. Twins USA may respond to the motion by no later than 7 days after service of the motion.

For the same reason, because Twins USA lacks the ability to prosecute this case, the Court also STRIKES Twins USA's motion for sanctions, Dkt. 261 at 7-9.

Twins USA shall have until January 7, 2025, to file a motion for reconsideration of the ruling that it has no entitlement to litigate this matter because of its lack of corporate status. This motion for reconsideration must (1) contain proof of Twins USA's revived corporate status, (2) be filed by an attorney who has been fully paid for their services up until the date of the motion, and (3) demonstrate that Twins USA has paid all sanctions ordered by the Court.

Finally, the Court also DENIES Twins Thailand's *ex parte* motion for an order as MOOT. Dkt. 283.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
Hon. Jinsook Ohta
United States District Court