BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN 181920)
EMILY S. CHAIDEZ (SBN 297283)
NEUSHA ETEMAD (SBN 329455)
655 W. Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
Email: sbhandari@buchalter.com
       echaidez@buchalter.com
       netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC, et al., <br><br> Defendants. | CASE NO. 3:23-cv-00223-JES-DDL <br><br> [Consolidated with CASE NO. 3:21-cv-00221-JES-DDL] <br><br> **JOINT MOTION FOR REFERRAL OF FURTHER SANCTIONS MATTERS** <br><br> District Judge: Hon. James E. Simmons, Jr. <br><br> Magistrate Judge: Hon. David D. Leshner |

The Parties hereby jointly ask that the Court refer further sanctions proceedings relating to Judge Ohta's August 7, 2024 and August 20, 2024 orders issuing monetary sanctions against Defendants [Dkts. 227, 232] to Magistrate Judge Leshner.

1  Judge Ohta's orders required Defendants to pay a total of $29,878.85 in monetary sanctions. *Id.* When Defendants explained that they could not pay the full amount at once, Judge Ohta established a payment plan. *Id.* Specifically, she ordered six monthly installments due as follows: $5,000 on August 12, 2024; $5,000 on September 16, 2024; $5,000 on October 14, 2024; $5,000 on November 11, 2024; $5,000 on December 16, 2024; and the remaining balance on January 13, 2025. The first sanctions payment—due in August—was made one day late. The September payment was 30 days late and the October payment was three days late. Further, the November payment has not yet been made and is currently 22 days late. The Parties have met and conferred and, in anticipation of further sanctions proceedings, agree that it makes sense for Judge Leshner to hear these matters.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and S.D. Cal. CivLR 72.1(b), a District Judge may designate a Magistrate Judge to hear and rule on motions for sanctions. Here, considerations of judicial economy and efficiency support the referral of further proceedings relating to Defendants' nonpayment of monetary sanctions, as Judge Leshner is uniquely familiar with this case. Given his historical knowledge of the case and the prior sanctions order, the Parties jointly move to have these matters set before Judge Leshner.

Dated: December 4, 2024

BUCHALTER
A Professional Corporation

By: */s/ Sanjay Bhandari*
SANJAY BHANDARI
MATTHEW L. SEROR
EMILY S. CHAIDEZ
NEUSHA ETEMAD

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

///
///

| | | |
|---|---|---|
| 1 | Dated: December 4, 2024 | THE LAW OFFICES OF STEPHEN B. MORRIS |
| 2 | | |
| 3 | | |
| 4 | | By: ___*/s/ Stephen B. Morris*___<br>STEPHEN B. MORRIS |
| 5 | | Attorney for Defendants |
| 6 | | TWINS SPECIAL, LLC, Nicholas Mechling, Christopher Mechling |