UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-223-JES-DDL<br><br>**ORDER RESETTING MOTION HEARING** |

　　　Pending before the Court is the Plaintiff's motion for default judgment. ECF No. 291. The motion hearing is currently set for December 18, 2024. The Court **RESETS** the motion hearing for **January 22, 2025** at **10:00 a.m.**

　　　**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge

1

23-cv-223-JES-DDL