UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON POULIOT,<br><br>         Plaintiff,<br><br>v.<br><br>NICOLAS MECHLING and CHRISTOPHER MECHLING,<br><br>         Defendants. | Case No.: 21-cv-221-JES-DDL<br>[Consolidated with Case No.: 23-cv-223-JES-DDL]<br><br>**JUDGMENT** |

Pursuant to the stipulation of the parties and the settlement placed on the record on December 6, 2024, the Court Orders as follows:

1. Judgment is entered in favor of Simon Pouliot and against Christopher Mechling and Nicolas Mechling, jointly and severally, in the sum of $525,000.00.

2. The remainder of this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge