Stephen B. Morris (SBN 126192)
**The Law Offices of Stephen B. Morris**
147 Elm Avenue
Imperial Beach, California 91932
Tel: (619) 985-4462
smorris@stephenbmorrislaw.com

Attorney for Defendants and cross-complainant
Twins Special, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00223-JES-DDL<br><br>Related Case No.: 21-cv-00221-JES-DDL<br><br>NOTICE OF WITHDRAWAL OF MOTION |

Defendants and cross-complainant hereby withdraw the motion to dismiss Second Amended Complaint (Dckt. 318). After meeting and conferring with plaintiff's counsel, moving party agrees that the better practice is to first seek leave of court before filing said motion, even though a motion to dismiss based on standing may be brought at any time.

**The Law Offices of Stephen B. Morris**

/s/ Stephen B. Morris

───────────────────────────
Stephen B. Morris, Attorneys for Twins Special, LLC,
Christopher Mechling, Nicholas Mechling

---
NOTICE OF WITHDRAWAL OF MOTION