Stephen B. Morris (SBN 126192)
**The Law Offices of Stephen B. Morris**
147 Elm Avenue
Imperial Beach, California 91932
Tel: (619) 985-4462
smorris@stephenbmorrislaw.com

Attorney for Defendants and cross-complainant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., a private limited company organized under the laws of Thailand,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWINS SPECIAL, an unincorporated general partnership, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00223-JES-DDL<br><br>Related Case No.: 21-cv-00221-JES-DDL<br><br>NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL (FOR MEDICAL REASONS); DECLARATION OF STEPHEN B. MORRIS; REQUEST FOR 30-DAY EXTENSION TO RESPOND TO RECOMMENDATION OF JUDGE LESHNER RE TERMINATING SANCTIONS<br><br>Date: June 25, 2025<br>Time. 10:00 a.m.<br>Dept. 4B<br><br>Hon: James E. Simmons<br>Magistrate Judge: David D. Leshner |

**TO ALL COUNSEL AND THEIR ATTORNEYS OF RECORD**

Counsel for the Mechlings and Twins Special, LLC, Mr. Morris, hereby gives notice of his intention to withdraw as counsel of record and to seek permission of this Court to withdraw, based on urgent emergency health developments which preclude further representation in this matter. Said motion shall be heard on June 25, 2025 at 10:00 a.m. in Dept. 4B of the above-entitled court. This motion is based upon this notice of motion and motion, the declaration of Stephen B. Morris, the memorandum of points and authorities submitted herewith and upon such other and further matter as may be presented.

Moreover, because of the adverse timing of the medical developments vis a viz the deadline to object to Judge Leshner's recommendation regarding terminating sanctions, request is made for a 30-day extension of the deadline to file objections from May 19, 2025 to June 19, 2025 such that substitute counsel can make an independent evaluation of Judge Leshner's recommendation.

Date: 5/19/2025                Law Offices of Stephen B. Morris

/s/Stephen B. Morris

_____
Attorneys for Defendants, cross-complainant

---

1
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL (FOR MEDICAL REASONS); DECLARATION OF STEPHEN B. MORRIS; REQUEST FOR 30-DAY EXTENSION TO RESPOND TO RECOMMENDATION OF JUDGE LESHNER RE TERMINATING SANCTIONS

Date: June 25, 2025
Time. 10:00 a.m.
Dept. 4B

Hon: James E. Simmons
Magistrate Judge: David D. Leshner

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Morris had an atrial heart ablation surgery on April 29, 2025. The surgery was a success but required several days of recovery time. Judge Leshner issued his proposed recommendation regarding terminating sanctions on May 5, 2025. On May 8, 2025, after two biopsies were taken, Mr. Morris was diagnosed with an additional complaint which is an aggressive form of skin cancer necessitating immediate surgery, radiation and chemotherapy, among other modalities. This multidisciplinary treatment will likely last six months, or longer.

As the result of this unfortunate health development, Mr. Morris seeks leave of court to withdraw as counsel at the earliest possible opportunity so that he can focus on his health.

5/19/2025            **Law Offices of Stephen B. Morris**

/s/Stephen B. Morris

Stephen B. Morris, Attorneys for Twins Special, LLC, Christopher Mechling, Nicholas Mechling

## MEET AND CONFER CERTIFICATION

I have met and conferred with both Mr. Bandahari and Mr. Seror regarding both my decision to withdraw and the request for an extension to file objections, if any, to Judge Leshner's recommendation regarding terminating sanctions. While graceful and understanding, counsel was reluctant to contribute to further delays caused by counsel withdrawing, and offered to delay matters pending my recovery. Realistically, though recovery is six months down the road, assuming there is a recovery, and so while appreciated this will not be efficient.

---

2
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL (FOR MEDICAL REASONS); DECLARATION OF STEPHEN B. MORRIS; REQUEST FOR 30-DAY EXTENSION TO RESPOND TO RECOMMENDATION OF JUDGE LESHNER RE TERMINATING SANCTIONS

Date: June 25, 2025
Time. 10:00 a.m.
Dept. 4B

Hon: James E. Simmons
Magistrate Judge: David D. Leshner

1  Date: 5/19/2025               **Law Offices of Stephen B. Morris**

2                                /s/ Stephen B. Morris

3                                Stephen B. Morris. Lawyers for Twins Special,
4                                LLC and the Mechlings

5

---

3

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL (FOR MEDICAL REASONS); DECLARATION OF STEPHEN B. MORRIS; REQUEST FOR 30-DAY EXTENSION TO RESPOND TO RECOMMENDATION OF JUDGE LESHNER RE TERMINATING SANCTIONS

Date: June 25, 2025
Time. 10:00 a.m.
Dept. 4B

Hon: James E. Simmons
Magistrate Judge: David D. Leshner