|   |   |
|---|---|
| 1 | TROUTMAN PEPPER LOCKE LLP |
| 2 | Ben L. Wagner (SBN 243594)<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130 |
| 3 | Telephone:  858.509.6000<br>Facsimile:   858.509.6040 |
| 4 | Ben.Wanger@troutman.com |
| 5 | Attorneys for Defendants and Cross-Complainant. TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD, a private limited company organized under the laws of Thailand,<br><br>Plaintiff,<br><br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWIN SPECIALS, an unincorporated general partnership, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 3:23-cv-00223-JES-DDL<br><br>Related Case No. 21-cv-00221-JES-DDL<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**<br><br>Hon.   James E. Simmons, Jr<br><br>Complaint filed:  February 6, 2023 |

PLEASE TAKE NOTICE that Ben L. Wagner of Troutman Pepper Locke LLP hereby appears for Defendants TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING.  The name, office address, telephone number, facsimile number and e-mail address for counsel are:

> Ben L. Wagner (SBN 243594)
> TROUTMAN PEPPER LOCKE LLP
> 11682 El Camino Real, Suite 400
> San Diego, CA 92130
> Telephone:  858.509.6000
> Facsimile:   858.509.6040
> Ben.Wanger@troutman.com

1   No other attorneys from Troutman Pepper Locke LLP have previously
2   appeared in this action.

3   This appearance is being filed pursuant to Docket No. 338:

> Minute Entry for proceedings held before District Judge James E. Simmons, Jr: Motion Hearing/Trial Setting held on 5/28/2025. 334 Motion to Withdraw as Attorney is granted. Defendants to secure new counsel and inform court of such decision on or before 6/30/2025. Status Conference re 333 Report and Recommendation set for 7/2/2025 10:00 AM in Courtroom 4B before District Judge James E. Simmons Jr. Opposition due 6/18/2025. Replies due 6/25/2025. Defendants ordered to appear, either remote or in person. If new counsel is secured prior to 6/30/2025, Status Conference to be vacated and court to issue Amended Briefing Schedule. (Court Reporter/ECR Amanda LeGore). (Plaintiff Attorney Sanjay Bhandari). (Defendant Attorney Stephen Morris). (Christopher Mechling, Nicholas Mechling).(no document attached) (ekb) (Entered: 05/28/2025)

Defendants/Cross-Complainant TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING respectfully request that the Clerk and all counsel of record update the docket as indicated above.

Further, regarding the reissuance of an Amended Briefing Schedule re Objections to 333 Report and Recommendation anticipated by Docket No. 338, appearing counsel respectfully requests that the Objections, if any, be ordered filed within sixty (60) days of today's entry of appearance. The procedural and substantive history is complex and detailed, counsel has not yet been provided access to the discovery files and court record beyond what is available through Pacer, the case may interrelate with other litigation involving the parties and related entities, and counsel seeks time to appropriately respond while not unduly delaying the proceedings.

| | | |
|---|---|---|
| 1 | Dated: June 30, 2025 | TROUTMAN PEPPER LOCKE LLP |
| 2 | | |
| 3 | | By: /s/ *Ben L. Wagner* |
| 4 | | Ben L. Wagner |
| 5 | | Attorney for Defendants/Cross-Complainant TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/Ben L. Wagner*
Ben L. Wagner