TROUTMAN PEPPER LOCKE LLP
Ben L. Wagner (SBN 243594)
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:  858.509.6000
Facsimile:   858.509.6040
Ben.Wanger@troutman.com

Attorneys for Defendants and Cross-Complainant. TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD, a private limited company organized under the laws of Thailand,<br><br>Plaintiff,<br><br>vs.<br><br>TWINS SPECIAL, LLC, NICHOLAS MECHLING, an individual, CHRISTOPHER MECHLING, an individual, TWIN SPECIALS, an unincorporated general partnership, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 3:23-cv-00223-JES-DDL<br><br>Related Case No. 21-cv-00221-JES-DDL<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT # 339**<br><br>Hon.   James E. Simmons, Jr<br><br>Complaint filed:  February 6, 2023 |

Dated: June 30, 2025                                TROUTMAN PEPPER LOCKE LLP


By: /s/ *Ben L. Wagner*
     Ben L. Wagner
     Attorney for Defendants/Cross-Complainant TWINS SPECIAL, LLC, NICHOLAS MECHLING, and CHRISTOPHER MECHLING

NOTICE OF WITHDRAWAL OF DOCUMENT # 339

316825816

1
2
3  **CERTIFICATE OF SERVICE**
4
   I hereby certify that on June 30, 2025, I electronically filed the foregoing
5
   document with the clerk of the court for the U.S. District Court, Southern District of
6
   California, using the electronic case filing system of the court. The electronic case
7
   filing system sent a "Notice of Electronic Filing" to the attorneys of record who have
8
   consented in writing to accept this Notice as service of this document by electronic
9
   means.
10
11                                    By: */s/Ben L. Wagner*
                                          Ben L. Wagner
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28