UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TWINS SPECIAL, LLC, et al.,<br><br>Defendants. | Case No.: 23-cv-223-JES-DDL<br><br>**ORDER:**<br><br>**(1) VACATING STATUS HEARING;** and<br><br>**(2) SETTING BRIEFING SCHEDULE** |

On May 19, 2025, Counsel for Defendants filed a motion to withdraw as counsel, citing health issues. ECF No. 334. The Court held a hearing on the motion on May 28, 2025, and granted the request to withdraw. ECF No. 338. The Court set a date for Defendants to secure new counsel and set a further status hearing for July 2, 2025. *Id.* If new counsel was secured prior to the status hearing, the Court noted that it would vacate the hearing and issue a briefing schedule on the pending Report and Recommendation regarding sanctions ("R&R"). *Id.* On June 30, 2025, pursuant to this order, Defendants file a notice of appearance by their new counsel. ECF No. 341. Defendants request 60 days to file objections to the R&R. *Id.*

Accordingly, the Court **VACATES** the status hearing set for July 2, 2025. In addition, the Court sets the following briefing reschedule for the pending R&R: (1)

Defendants shall file any objection by no later than **August 29, 2025**; and (2) Plaintiffs may file a response by no later than **September 19, 2025**.

**IT IS SO ORDERED.**

Dated: June 30, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge