BUCHALTER
A Professional Corporation
SANJAY BHANDARI (SBN: 181920)
EMILY S. CHAIDEZ (SBN: 297283)
NEUSHA (NAZ) ETEMAD (SBN: 329455)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Fax: 619.219.5344
Email:  sbhandari@buchalter.com
        echaidez@buchalter.com
        netemad@buchalter.com

BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email:  mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC., *et al.*, <br><br> Defendants. | CASE NO. 3:23-cv-00223-JES-DDL <br><br> [Consolidated with <br> CASE NO. 3:21-cv-00221-JES-DDL] <br><br> **PLAINTIFF'S STATUS REPORT** <br><br> District Judge: James E. Simmons, Jr. <br> Magistrate Judge: David D. Leshner |

Plaintiff Twins Special Co., Ltd. ("Twins Thailand") submits this Status Report to update the Court on foreign proceedings reported on previously as a reason to ensure this case is resolved as soon as possible. *See, e.g.,* ECF 337 at 3.

In the December 2025 notices attached hereto as **Exhibit A**, the Canadian trademarks board hearing two related trademark oppositions stated that it is no

longer willing to pause Canadian proceedings "on the basis of delay in the parallel litigation in the United States" – i.e., this case. Absent a further extension of time granted by the Canadian trademark board, the parties must "serve and file evidence" by January 14, 2026. *Id.* Thereafter, the parties can take testimony from one another about similar legal and factual issues to those in issue here. All of this may be obviated by resolution of this case. Having such proceedings progress poses a risk of inconsistent rulings and waste of government and party resources.

The Canadian authorities' unwillingness to grant open-ended delays in favor of this case may result from this case having been effectively on hold since early August 2024, when Twins Thailand sought a forensic examination due to concerns about the Mechlings' compliance with discovery orders. ECF 228-1 (see Twins Thailand's status report, at 3). However, the Canadian authorities may be persuaded to wait if they could be given a date by which a ruling will be made on Judge Leshner's May 5, 2025 order recommending terminating sanctions. ECF 333.

Twins Thailand submits this status report to keep the Court abreast of the status of the parallel Canadian proceeding, which may be impacted by the Court's ruling on pending matters.  Twins Thailand will continue to update the Court regarding the status of pending foreign proceedings as warranted.

DATED:  December 15, 2025               BUCHALTER
                                        A Professional Corporation

                                        By: _____
                                            SANJAY BHANDARI
                                            MATTHEW L. SEROR
                                            EMILY S. CHAIDEZ
                                            NEUSHA (NAZ) ETEMAD

                                            Attorneys for Plaintiff
                                            TWINS SPECIAL CO., LTD.