**BUCHALTER LLP**
SANJAY BHANDARI (SBN: 181920)
EMILY S. CHAIDEZ (SBN: 297283)
NEUSHA (NAZ) ETEMAD (SBN: 329455)
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Fax: 619.219.5344
Email:     sbhandari@buchalter.com
echaidez@buchalter.com
netemad@buchalter.com

**BUCHALTER LLP**
MATTHEW L. SEROR (SBN 235043)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email:     mseror@buchalter.com

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWINS SPECIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TWINS SPECIAL, LLC., *et al.*, <br><br> Defendants. | CASE NO. 3:23-cv-00223-JES-DDL <br><br> [Consolidated with CASE NO. 3:21-cv-00221-JES-DDL] <br><br> **NOTICE OF CHANGE OF LAW FIRM NAME** |

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation, has changed its firm name to Buchalter LLP.  The address and counsels' contact information has not changed remains the same.

As of the date of this filing, all notices and pleadings should be addressed as follows:

>BUCHALTER LLP
>655 W. Broadway, Suite 1600
>San Diego, CA  92101
>Tel: 619.219.5335
>Fax: 619.219.5344

DATED:  January 9, 2026        **BUCHALTER LLP**

By: _____*/s/ Sanjay Bhandari*_____
SANJAY BHANDARI
MATTHEW L. SEROR
EMILY S. CHAIDEZ
NEUSHA (NAZ) ETEMAD

Attorneys for Plaintiff
TWINS SPECIAL CO., LTD.